IN THE SUPREME COURT OF NORTH CAROLINA

No. 349PA16

Filed 3 November 2017

KB AIRCRAFT ACQUISITION, LLC

v.

JACK M. BERRY, JR. and 585 GOFORTH ROAD, LLC


On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 790 S.E.2d 559 (2016), affirming an order of summary judgment entered on 6 February 2015 by Judge Richard L. Doughton in Superior Court, Watauga County.  Heard in the Supreme Court on 9 October 2017.

*Smith Debnam Narron Drake Saintsing & Myers, L.L.P., by Byron L. Saintsing, for plaintiff-appellant.*

*Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P., by Clint S. Morse and John H. Small, for defendant-appellees.*

PER CURIAM.


DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.